# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** DAVAE M. BOYERSMITH
**Case Number:** 18-23116-JAD          **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, JANUARY 02, 2019 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion To Dismiss Case Pursuant To 11 U.S.C. §707(b)(3) filed by the United States Trustee
- Response filed by Debtor 11/30/2018 at ECF No. 16   [Due 11/30/2018]
- Text Order entered 12/10/2018 Cancelling/Rescheduling Hearing To 1/2/2019
R / M #:  14 / 0

## Appearances:

CHAPTER 7 TRUSTEE:  NATALIE LUTZ CARDIELLO, ESQUIRE
DEBTOR:  ROBERT O LAMPL, ESQUIRE
CREDITOR:
OUST (PHILADELPHIA OFFICE): GEORGE CONWAY, ESQUIRE - CourtCall

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least __90__ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Hearing For At Least 90 Days**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
1/2/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA