# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DAVAE M. BOYERSMITH | | |
| **Case Number:** | 18-23116-JAD | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, APRIL 09, 2019 10:00 AM   COURTROOM D | | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | | |
| **Courtroom Clerk:** | MARY SCHUETZ | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

CONTINUED - Motion To Dismiss Case Pursuant To 11 U.S.C. §707(b)(3) filed by the United States Trustee
- Response filed by Debtor 11/30/2018 at ECF No. 16  [Due 11/30/2018]
- Text Order entered 12/10/2018 Cancelling/Rescheduling Hearing To 1/2/2019
- Hearing Held 1/2/2019 - Text Order Entered 1/2/2019 Continuing Hearing To 4/9/2019
**R / M #:**  14 / 0

## *Appearances:*

CHAPTER 7 TRUSTEE: NATALIE LUTZ CARDIELLO, ESQUIRE
DEBTOR:  ROBERT O LAMPL, ESQUIRE  / (онw)
CREDITOR:
OUST (PHILADELPHIA OFFICE): GEORGE CONWAY, ESQUIRE - CourtCall

## *Proceedings:*

\_\_\_ Motion is GRANTED  /  DENIED
\_\_\_\_\_ Special Type Of Order:
\_\_\_\_ CONTINUE MATTER:
_____ For At Least \_\_60\_\_ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at

_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

## - Continue Hearing For At Least **60** Days

FILED
4/10/19 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge